# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MAINE

| | |
|---|---|
| LINDA M. CYR | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:18-cv-00347-GZS |
| | ) |
| GENERAL MOTORS LLC | ) |
| | ) |
|     Defendant/Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LINDA T. EMOND | ) |
| | ) |
|     Third-Party Defendant. | ) |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Linda M. Cyr and the Defendant, General Motors LLC hereby stipulate that all claims in this matter may be dismissed with prejudice, without costs, and with all rights of appeal waived.[1]

Dated: May 15, 2019

---

[1] While a Third-Party Complaint was filed by General Motors LLC against Linda T. Emond, this case fully resolved prior to service on Ms. Emond, and neither Ms. Emond or counsel on her behalf ever appeared, and no claims were asserted by Ms. Emond in this case.

/s/ Blair A. Jones, *Esq.*
Law Offices of Joseph L. Bornstein
5 Moulton Street
PO Box 4686
Portland, ME  04112
207-772-4624

/s/ *Todd Tracy, Esq.*
Steward D. Matthews, Esquire
Andrew G. Counts, Esquire
The Tracy Firm
4701 Bengal Street
Dallas, TX  75235

*Attorneys for Plaintiff*


/s/ *Phillip S. Bixby, Esq.*
VERRILL DANA, LLP
One Portland Square
Portland, ME 04112-0586

/s/  *Monica V. Pennisi Marsico, Esq.*
Monica V. Pennisi Marsico, Esquire (*admitted pro hac vice*)
RICCI TYRRELL JOHNSON & GREY
1515 Market Street, Suite 700
Philadelphia, PA 19102

*Attorneys for Defendant*
*General Motors LLC*



*So Ordered.*

    Dated: _____

12694023_1